**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **IQPack LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-2472101** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **300 Missouri Avenue, Suite 101**<br>**Jeffersonville, IN 47130**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://iqpackglobal.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **IQPack LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‗‗‗‗‗

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | | When | Case number |

| Debtor | **IQPack LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **IQPack LLC**
           Name                                                    Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **IQPack LLC**                                                     Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 19, 2023**
              _____
              MM / DD / YYYY

**X /s/ Kenny A. Rohleder**                                    **Kenny A. Rohleder**
_____                  _____
Signature of authorized representative of debtor              Printed name

Title    **Member/President**
        _____

**18. Signature of attorney**

**X /s/ April A. Wimberg**                          Date    **September 19, 2023**
_____                      _____
Signature of attorney for debtor                               MM / DD / YYYY

**April A. Wimberg**
_____
Printed name

**Dentons Bingham Greenebaum**
_____
Firm name

**3500 PNC Tower**
**101 South Fifth Street**
**Louisville, KY 40202**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(502) 587-3719**                Email address    **april.wimberg@dentons.com**
                _____                            _____

**95741 KY**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **IQPack LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 19, 2023**          X **/s/ Kenny A. Rohleder**
                                                       Signature of individual signing on behalf of debtor

                                                    **Kenny A. Rohleder**
                                                    Printed name

                                                    **Member/President**
                                                    Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | IQPack LLC |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Arbitration Association 120 Broadway 21st Floor New York, NY 10271 | Sammi Powers SammiPowers@ADR.org | | | | | $9,115.00 |
| Buckeye Packaging Co, Inc. 12223 Marlboro Ave Alliance, OH 44601 | Kelli Phillips kelli.phillips@buckeyepackaging.com (800) 860-2247 | Goods provided under agreement | | | | $4,589.50 |
| Chase 543 Fifth Avenue New York, NY 10017 | | Credit Card | | | | $47,138.20 |
| CMC America 101 Woodwinds Industrial Ct, Ste T Cary, NC 27511-6202 | Craig Hall craig.hall@cmcamerica.net (919) 650-3985 | | | | | $12,652.00 |
| Commercial Logistics Corporation d/b/a Cornerstone LLC PO Box 766 Jeffersonville, IN 47131 | cory@csgrealestate.com | | | | | $6,667.18 |
| Custom Kraft Pack 100 Technology Way Docks 2 & 3 Jeffersonville, IN 47130 | James Koller james@customkraftpack.com (502)544-3860 | Goods provided under agreement | | | | $6,733.87 |
| Dentons Bingham Greenebaum LLP 3500 PNC Tower 101 South Fifth Street Louisville, KY 40202 | | Professional services | | | | $8,250.00 |

Debtor   **IQPack LLC**                                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Felins W204N13055 Goldendale Rd Suite 400 Richfield, WI 53076 | accountsreceivable @felins.com (414) 355-7747 | | | | | **$16,754.91** |
| LADDAWN PO Box 633485 Cincinnati, OH 45263 | Paula Costa pcosta@laddawn.com (978) 563-6194 | Goods provided under agreement | | | | **$32,528.87** |
| nVENIA PO box 71948 Chicago, IL 60694 | Robert Triol Support@supportpro.pro (847) 678-4071 | | | | | **$1,467.07** |
| OBSA Operating Company, LLC 13300 Pioneer Trl Eden Prairie, MN 55347 | psinner@vogellaw.com | | Disputed | | | **$861,682.95** |
| Pregis 29690 Network Place Chicago, IL 60673-1295 | Irma Cervantes icervantes@pregis.com (574)-935-6191 | | | | | **$59,785.60** |
| Sitma Stretch Film PO Box 827627 34th Ave. S Philadelphia, PA 19182 | Davon Lawrence davon.lawrence@sigmaplastics.com (888) 826-2224 | | | | | **$61,550.25** |
| Sitma USA, Inc. 8011 34th Avenue South Suite 436 Minneapolis, MN 55425 | davon.lawrence@sigmaplastics.com | | | | | **$49,454.25** |
| Strothman 325 Wst Main Street, Suite 1600 Louisville, KY 40202 | jjones@strothman.com | Professional services provided under agreement | | | | **$10,380.00** |

**Fill in this information to identify the case:**

Debtor name   **IQPack LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:   Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*........................................................................................................   $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................................................................   $      **1,118,429.21**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*......................................................................................................   $      **1,118,429.21**

**Part 2:   Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $      **450,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $      **43,852.24**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$      **1,905,820.36**

4.  **Total liabilities** .................................................................................................................................
    Lines 2 + 3a + 3b   $      **2,399,672.60**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **IQPack LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number *(if known)*  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Account 8128** | **Checking** | 8128 | **$54,675.62** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                    | **$54,675.62** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposits - Commercial Logistics Corporation d/b/a Cornerstone** | **$6,462.92** |
|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                    | **$6,462.92** |

Add lines 7 through 8. Copy the total to line 81.

Debtor    **IQPack LLC**
_____    Case number *(If known)* _____
        Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **41,124.84**   -   **0.00**  = ....   **$41,124.84**

               face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**                                     **$41,124.84**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Furniture and Equipment** | **$17,500.00** | | **$17,500.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Software** | **$507,665.83** | | **$507,665.83** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
           books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
           collections; other collections, memorabilia, or collectibles

Debtor   **IQPack LLC**_____   Case number *(If known)* _____
         Name

43.  **Total of Part 7.**                                                          | $525,165.83 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Sitma e-wrap 2.0 Machine | $0.00 | | $491,000.00 |

51.  **Total of Part 8.**                                                          | $491,000.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

Debtor    **IQPack LLC**                                                    Case number *(If known)* _____
       Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable**<br>Description (include name of obligor) |  |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| **73.**   **Interests in insurance policies or annuities** |  |
|     **Hudson Excess Insurance Company** | **$0.00** |
|     **Insurance Investment Group** | **$0.00** |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
|     **Insurance claim against IIG** | **Unknown** |

| Nature of claim | **Contract claim** |
|---|---|
| Amount requested | **$861,682.95** |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **78.**   **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **IQPack LLC**
Name

Case number *(If known)* _____

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,675.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,462.92 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $41,124.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $525,165.83 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $491,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,118,429.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,118,429.21 |

**Fill in this information to identify the case:**

Debtor name **IQPack LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1** **Stock Yards Bank & Trust Company**
Creditor's Name

**Clarksville Branch**
**1040 East Main Street**
**Louisville, KY 40232-2890**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**March 29 2023**

Last 4 digits of account number
**8016**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Inventory, accounts, equipment and general intangibles**

Describe the lien
**Commercial Guaranty & Collateral Pledge**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Column A: $450,000.00**    **Column B: $450,000.00**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $450,000.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **IQPack LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Buckeye Packaging Co, Inc.**<br>**12223 Marlboro Ave**<br>**Alliance, OH 44601** | $4,589.50 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**administrative expenses**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address<br>**Custom Kraft Pack**<br>**100 Technology Way Docks 2 & 3**<br>**Jeffersonville, IN 47130** | $6,733.87 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**administrative expenses**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

Debtor **IQPack LLC**
_____
Name                                              Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,528.87 | $0.00 |
|-----|---|---|---|---|

**LADDAWN**
**PO Box 633485**
**Cincinnati, OH 45263**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**administrative expenses**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (2)

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Accutech Films, Inc.**
**620 Hardin Street**
**Coldwater, OH 45828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,115.00 |
|---|---|---|---|

**American Arbitration Association**
**120 Broadway 21st Floor**
**New York, NY 10271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Excelsior Company**
**850 Ave H. East**
**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arvco Container Corporation**
**845 Gibson St**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bluestem**
**13300 Pioneer Trl**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **IQPack LLC**
_____    Case number (if known) _____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brecham Group**
**2220 Blackberry Ln**
**Conway, AR 72034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,138.20 |
|---|---|---|---|

**Chase**
**543 Fifth Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Credit Card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,652.00 |
|---|---|---|---|

**CMC America**
**101 Woodwinds Industrial Ct, Ste T**
**Cary, NC 27511-6202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CMC Italy**
**06012 CITTA DI CASTELLO**
**PERUGIA, ITALY 39 075 851 8006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,667.18 |
|---|---|---|---|

**Commercial Logistics Corporation**
**d/b/a Cornerstone LLC**
**PO Box 766**
**Jeffersonville, IN 47131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,250.00 |
|---|---|---|---|

**Dentons Bingham Greenebaum LLP**
**3500 PNC Tower**
**101 South Fifth Street**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Professional services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,384.62 |
|---|---|---|---|

**Doug Jones**
**12502 Hummingbird Way**
**Sellersburg, IN 47172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Employee Wages/Benefits__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | IQPack LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address
**Felins**
W204N13055 Goldendale Rd Suite 400
Richfield, WI 53076

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$16,754.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address
**Grange Life Insurance Co.**
671 South High Street
Columbus, OH 43206

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address
**H.B. Fuller Company**
1200 Willow Lake Blvd.
Saint Paul, MN 55110

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address
**Honorable Charles Barr**
c/o Central Case Management Center
13727 Noel Road, Suite 1025
Dallas, TX 75240

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Arbitrator/Professional Fees**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address
**Hudson Insurance Group**
Attn: Gretchen G. Sayers
2345 Grand Boulevard, Suite 1150
Kansas City, MO 64108

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address
**Humana Insurance Company**
P.O. Box 4600
Carol Stream, IL 60197

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address
**Independent 2**
7825 National Turnpike
Louisville, KY 40214

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **IQPack LLC**
_____    Case number (if known) _____
Name

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Indiana Attorney General Office**
**302 W. Washington Street 5th Floor**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Indiana Department of Revenue**
**100 N. Senate Ave.**
**Room N203 - Bankruptcy**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Insperity**
**19001 CRESCENT SPRINGS DR**
**Kingwood, TX 77339-3802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISU - Auto Owners Insurance**
**7404 Hamilton Ave**
**Cincinnati, OH 45231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISU Insurance**
**2684 Charlestown Rd**
**New Albany, IN 47150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $630,538.33 |
|---|---|---|---|

**John Moore**
**3001 E. Lobo Ridge**
**New Albany, IN 47150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _Employee Wages/Benefits_

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **IQPack LLC**                                               Case number (if known) _____

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,000.00 |

**Kenny A. Rohleder**
**2209 Dearing Court**
**Louisville, KY 40204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Employee Wages/Benefits_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Liberty Mutual Insurance**
**P.O. Box 91013**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mark Smedal, Esq.**
**600 West Main Street, Suite 100**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,467.07 |

**nVENIA**
**PO box 71948**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $861,682.95 |

**OBSA Operating Company, LLC**
**13300 Pioneer Trl**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,785.60 |

**Pregis**
**29690 Network Place**
**Chicago, IL 60673-1295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,550.25 |

**Sitma Stretch Film**
**PO Box 827627**
**34th Ave. S**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **IQPack LLC**                                              Case number (if known) _____
_____
Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,454.25 |
|---|---|---|---|

**Sitma USA, Inc.**
**8011 34th Avenue South**
**Suite 436**
**Minneapolis, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,380.00 |
|---|---|---|---|

**Strothman**
**325 Wst Main Street, Suite 1600**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vogal Law Firm**
**218 NP Avenue**
**PO Box 1389**
**Fargo, ND 58107-1389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vorticode**
**685 W. Green Street**
**Scottsburg, IN 47170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 43,852.24 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,905,820.36 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,949,672.60 |

**Fill in this information to identify the case:**

Debtor name          **IQPack LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Stocking Agreement** | |
|    State the term remaining | **American Woodmark Corporation** |
|    List the contract number of any government contract | **561 Shady Elm Road** **Winchester, VA 22602** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Consulting Agreement** | |
|    State the term remaining | **American Woodmark Corporation** |
|    List the contract number of any government contract | **561 Shady Elm Road** **Winchester, VA 22602** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Commerical Lease** | |
|    State the term remaining **Month to Month** | **Commercial Logistics Corporation** **d/b/a Cornerstone** |
|    List the contract number of any government contract | **PO Box 766** **Jeffersonville, IN 47131** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Bookkeeping services** | |
|    State the term remaining **3months** | **Strothman** **300 Missouri Ave** |
|    List the contract number of any government contract | **Suite 101** **Jeffersonville, IN 47130** |

Debtor 1   **IQPack LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Business packaging, transportation, labor, sustainability, and warehouse optimization services, packaging products, data analytics and software development.** | |
|---|---|---|---|
| | State the term remaining | | **Vorticode** |
| | List the contract number of any government contract | | **685 W. Green Street** **Scottsburg, IN 47170** |

**Fill in this information to identify the case:**

Debtor name **IQPack LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **John Moore** | **3001 E. Lobo Ridge**<br>**New Albany, IN 47150** | **Stock Yards Bank &**<br>**Trust Company** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Terry Moore** | **3001 E. Lobo Ridge**<br>**New Albany, IN 47150** | **Stock Yards Bank &**<br>**Trust Company** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **IQPack LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | **$2,735,419.00** |
   | **For year before that:** From **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other _____ | **$1,832,952.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | 3.1. **See Attached Schedule** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **IQPack LLC**                                              Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. John Moore<br>3001 E. Lobo Ridge<br>New Albany, IN 47150 | **March 1, 2023** | **$15,000.00** | **Distribution in lieu of salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. OBSA Opearting Company, LLC v. IQPack, LLC<br>01-22-0000-7601 | **Commercial Dispute** | **American Arbitration Association<br>120 Broadway 21st Floor<br>New York, NY 10271** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **IQPack LLC** _____    Case number *(if known)* _____

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dentons Bingham Greenebaum LLP**<br>**3500 PNC Tower**<br>**101 South Fifth Street**<br>**Louisville, KY 40202** | | **6/28/2023;**<br>**9/14/2023** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **John Moore**<br>**3001 E. Lobo Ridge**<br>**New Albany, IN 47150** | **Distribution in lieu of salary** | **March 1, 2023** | **$15,000.00** |
| | Relationship to debtor<br>**Managing Member** | | | |

---

| Debtor | IQPack LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankrupticies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | IQPack LLC | Case number *(if known)* | |
|---|---|---|---|

| ■ None | | | |
|---|---|---|---|
| **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr>
</table>

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<table>
<tr><td style="background:black;color:white">Part 12:</td><td>**Details About Environment Information**</td></tr>
</table>

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| **Case title Case number** | **Court or agency name and address** | **Nature of the case** | **Status of case** |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
|---|---|---|---|

<table>
<tr><td style="background:black;color:white">Part 13:</td><td>**Details About the Debtor's Business or Connections to Any Business**</td></tr>
</table>

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   IQPack LLC _____   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Strothman<br>325 Wst Main Street, Suite 1600<br>Louisville, KY 40202** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Douglas Jones** | **12502 Hummingbird Way<br>Sellersburg, IN 47172** | **Member** | **19.00** |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **John Moore** | **3001 E. Lobo Ridge<br>New Albany, IN 47150** | **Managing Member** | **57.00** |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Terry Moore** | **3001 E. Lobo Ridge<br>47150** | **Member** | **9.50** |

Debtor    **IQPack LLC**                                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Andrew Benzinger | 718 Sunglow Street<br>Ft Mitchell, KY 41017 | Member | 9.50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Kenny A. Rohleder | 2209 Dearing Court<br>Louisville, KY 40204 | Member | 5.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **IQPack LLC**                                          Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 19, 2023**

**/s/ Kenny A. Rohleder**                              **Kenny A. Rohleder**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member/President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Indiana

In re    IQPack LLC

Case No.

Debtor(s)

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Benzinger**<br>**718 Sundglow Street**<br>**Ft Mitchell, KY 41017** | **Member** | **9.50** | |
| **Douglas Jones**<br>**12502 Hummingbird Way**<br>**Sellersburg, IN 47172** | **Member** | **19.00** | |
| **John Moore**<br>**3001 E. Lobo Ridge**<br>**New Albany, IN 47150** | **Member** | **57.00** | |
| **Kenny Rohleder**<br>**2209 Dearing Court**<br>**Louisville, KY 40204** | **Member** | **5.00** | |
| **Terry Moore**<br>**3001 E. Lobo Ridge**<br>**New Albany, IN 47150** | **Member** | **9.50** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member/President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 19, 2023**

Signature  **/s/ Kenny A. Rohleder**

**Kenny A. Rohleder**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                )     Case No. _____

**IQPack LLC**                )

                                )     ☐ Check if this form is submitted with an amended creditor

_____  )     list.

                   Debtor(s).  )

### VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:  **September 19, 2023**                  **/s/ Kenny A. Rohleder**
                                          **Kenny A. Rohleder**
                                          Signature of Debtor

                                          Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

ACCUTECH FILMS, INC.
620 HARDIN STREET
COLDWATER, OH 45828


AMERICAN ARBITRATION ASSOCIATION
120 BROADWAY 21ST FLOOR
NEW YORK, NY 10271


AMERICAN EXCELSIOR COMPANY
850 AVE H. EAST
ARLINGTON, TX 76011


AMERICAN WOODMARK CORPORATION
561 SHADY ELM ROAD
WINCHESTER, VA 22602


ARVCO CONTAINER CORPORATION
845 GIBSON ST
KALAMAZOO, MI 49001


BLUESTEM
13300 PIONEER TRL
EDEN PRAIRIE, MN 55347


BRECHAM GROUP
2220 BLACKBERRY LN
CONWAY, AR 72034

BUCKEYE PACKAGING CO, INC.
12223 MARLBORO AVE
ALLIANCE, OH 44601


CHASE
543 FIFTH AVENUE
NEW YORK, NY 10017


CMC AMERICA
101 WOODWINDS INDUSTRIAL CT, STE T
CARY, NC 27511-6202


CMC ITALY
06012 CITTA DI CASTELLO
PERUGIA, ITALY 39 075 851 8006


COMMERCIAL LOGISTICS CORPORATION
D/B/A CORNERSTONE LLC
PO BOX 766
JEFFERSONVILLE, IN 47131


CUSTOM KRAFT PACK
100 TECHNOLOGY WAY DOCKS 2 & 3
JEFFERSONVILLE, IN 47130


DENTONS BINGHAM GREENEBAUM LLP
3500 PNC TOWER
101 SOUTH FIFTH STREET
LOUISVILLE, KY 40202

DOUG JONES
12502 HUMMINGBIRD WAY
SELLERSBURG, IN 47172


FELINS
W204N13055 GOLDENDALE RD SUITE 400
RICHFIELD, WI 53076


GRANGE LIFE INSURANCE CO.
671 SOUTH HIGH STREET
COLUMBUS, OH 43206


H.B. FULLER COMPANY
1200 WILLOW LAKE BLVD.
SAINT PAUL, MN 55110


HONORABLE CHARLES BARR
C/O CENTRAL CASE MANAGEMENT CENTER
13727 NOEL ROAD, SUITE 1025
DALLAS, TX 75240


HUDSON INSURANCE GROUP
ATTN: GRETCHEN G. SAYERS
2345 GRAND BOULEVARD, SUITE 1150
KANSAS CITY, MO 64108


HUMANA INSURANCE COMPANY
P.O. BOX 4600
CAROL STREAM, IL 60197

```
INDEPENDENT 2
7825 NATIONAL TURNPIKE
LOUISVILLE, KY 40214




INDIANA ATTORNEY GENERAL OFFICE
302 W. WASHINGTON STREET 5TH FLOOR
INDIANAPOLIS, IN 46204




INDIANA DEPARTMENT OF REVENUE
100 N. SENATE AVE.
 ROOM N203 - BANKRUPTCY
INDIANAPOLIS, IN 46204




INSPERITY
19001 CRESCENT SPRINGS DR
KINGWOOD, TX 77339-3802




INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101




ISU - AUTO OWNERS INSURANCE
7404 HAMILTON AVE
CINCINNATI, OH 45231




ISU INSURANCE
2684 CHARLESTOWN RD
NEW ALBANY, IN 47150
```

JOHN MOORE
3001 E. LOBO RIDGE
NEW ALBANY, IN 47150


KENNY A. ROHLEDER
2209 DEARING COURT
LOUISVILLE, KY 40204


LADDAWN
PO BOX 633485
CINCINNATI, OH 45263


LIBERTY MUTUAL INSURANCE
P.O. BOX 91013
CHICAGO, IL 60680


MARK SMEDAL, ESQ.
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202


NVENIA
PO BOX 71948
CHICAGO, IL 60694


OBSA OPERATING COMPANY, LLC
13300 PIONEER TRL
EDEN PRAIRIE, MN 55347

PREGIS
29690 NETWORK PLACE
CHICAGO, IL 60673-1295


SITMA STRETCH FILM
PO BOX 827627
34TH AVE. S
PHILADELPHIA, PA 19182


SITMA USA, INC.
8011 34TH AVENUE SOUTH
SUITE 436
MINNEAPOLIS, MN 55425


STOCK YARDS BANK & TRUST COMPANY
CLARKSVILLE BRANCH
1040 EAST MAIN STREET
LOUISVILLE, KY 40232-2890


STROTHMAN
325 WST MAIN STREET, SUITE 1600
LOUISVILLE, KY 40202


TERRY MOORE
3001 E. LOBO RIDGE
NEW ALBANY, IN 47150


VOGAL LAW FIRM
218 NP AVENUE
PO BOX 1389
FARGO, ND 58107-1389

VORTICODE
685 W. GREEN STREET
SCOTTSBURG, IN 47170

# United States Bankruptcy Court
## Southern District of Indiana

In re  __IQPack LLC__ _____   Case No. _____

_____ Debtor(s)   Chapter  __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __IQPack LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 19, 2023__ _____      __/s/ April A. Wimberg__ _____
Date                                                    __April A. Wimberg__
                                                        Signature of Attorney or Litigant
                                                        Counsel for   __IQPack LLC__ _____
                                                        __Dentons Bingham Greenebaum__
                                                        __3500 PNC Tower__
                                                        __101 South Fifth Street__
                                                        __Louisville, KY 40202__
                                                        __(502) 587-3719 Fax:(502) 540-2135__
                                                        __april.wimberg@dentons.com__

# IQpack

## 1010 Bank 8128 Bank Balance: 54675.62 Ending Balance: $54,675.62

| Date | Ref No.<br>Type | Payee<br>Account | Memo | Class<br>Division | Payment | Deposit | Stat<br>Auto | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/15/2023 | 267599402 | John Hancock Insurance | 3-mo KEYMAN Life Insurance policy paid online by JMoore | | $1,882.45 | | R | $97,154.96 |
| | Expense | 7900 Officer Life Insurance | | | | | | |
| 06/15/2023 | | | $0 Liability due, no GA invoices or taxes collected in previous period | | | $0.00 | R | $97,154.96 |
| | Sales Tax Payment | -Split- | | | | | | |
| 06/15/2023 | | Strothman and Company PLLC | Account no. 95038.000 | In# 61721partial pmt | | $3,500.00 | | R | $93,654.96 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 06/15/2023 | | Custom Kraft Pack LLC | Invoice no. 1024A | | $1,000.00 | | R | $92,654.96 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 06/16/2023 | SC23031<br>Journal | -Split- | to post payroll 06.16.23 | | $19,537.12 | | R | $73,117.84 |
| 06/19/2023 | | Dennis Uniform Mfg, LLC | 06.19.23 Dennis Uniform CC payment including $309.32 CC surcharge | | | $8,042.32 | R | $81,160.16 |
| | Deposit | -Split- | | | | | | |
| 06/19/2023 | | American Funds | 06.16.23 Payroll - EE/ER 401k Contributions. | | $1,225.01 | | R | $79,935.15 |
| | Expense | -Split- | | | | | | |
| 06/20/2023 | 107827 | American Woodmark - NP [IN] | 06.20.23 Inv# 10200 Remittance | | | $1,600.00 | R | $81,535.15 |
| | Payment | 1100 Accounts Receivable | | | | | | |
| 06/20/2023 | 2023AutoDebit | John Hancock Insurance | 1-mo KEYMAN Life Insurance policy paid online by JMoore and set up to be monthly withdrawal | | $617.47 | | R | $80,917.68 |
| | Expense | 7900 Officer Life Insurance | | | | | | |
| 06/20/2023 | | Chase | AUTOMATIC PAYMENT - THANK | | $2,000.00 | | R | $78,917.68 |
| | Credit Card Pmt | 2054 Chase Credit Card - Master - 4371 - JM | | | | | | |
| 06/21/2023 | 108920 | RSI Home Products Manufacturing, Inc. | 06.21.23 Payment Inv#10205 | | | $1,600.00 | R | $80,517.68 |
| | Payment | 1100 Accounts Receivable | | Corrugated Packaging | | | | |
| 06/22/2023 | | | 6.22.23 Rocky Brands CC Receipt Inv#10195 plus srchg $1,111.63 and 06.23.23 Inv# 10210 LSC CC receipt | | | $41,445.36 | R | $121,963.04 |
| | Deposit | -Split- | | | | | | |

| Date | Ref No. Type | Payee Account | Memo | Class Division | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/23/2023 | | Strothman and Company PLLC | Acct no. 95038.000 \| Inv# 61721-Partial Pmt | | $3,000.00 | | R | $118,963.04 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 06/23/2023 | | Pregis* | Account no. 1024480 \| Invoice no. 91378653 | | $15,227.52 | | R | $103,735.52 |
| | Bill Payment | 2000 Accounts Payable | | Corrugated Packaging | | | | |
| 06/26/2023 | | | 06.26.23 AWC-IN inv#10206, AWC-AZ Inv#10207 Remittance Advice | | | $168,505.84 | R | $272,241.36 |
| | Deposit | -Split- | | | | | | |
| 06/28/2023 | | CMC America | | | $14,102.92 | | R | $258,138.44 |
| | Bill Payment | 2000 Accounts Payable | | Corrugated Packaging | | | | |
| 06/28/2023 | | Cornerstone Group | | | $6,667.18 | | R | $251,471.26 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 06/28/2023 | | Pregis* | Account no. 1024480 \| Invoice no. 91399934 | | $1,268.96 | | R | $250,202.30 |
| | Bill Payment | 2000 Accounts Payable | | Corrugated Packaging | | | | |
| 06/28/2023 | | Strothman and Company PLLC | Account no. 95038.000 \| Invoice no. 61721-Partial | | $3,000.00 | | R | $247,202.30 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 06/28/2023 | | Dentons Bingham Greenbaum LLP | Client# 138888.000001 Inv# 4550980 | | $10,000.00 | | R | $237,202.30 |
| | Bill Payment | 2000 Accounts Payable | | Administration | | | | |
| 06/29/2023 | | Stock Yards Bank | PAYMENT TO COMMERCIAL LOAN 21822 interest PAYMENT TO COMMERCIAL LOAN 218228016 | | $3,405.12 | | R | $233,797.18 |
| | Expense | 9010 Interest Expense | | | | | | |
| 06/29/2023 | | John Hancock Insurance | 1-mo KEYMAN Life Insurance policy paid online by JMoore and set up to be monthly withdrawal | | $617.47 | | R | $233,179.71 |
| | Expense | 7900 Officer Life Insurance | | | | | | |
| 06/30/2023 | 6019217 | American Funds | 06.30.23 Payroll - EE/ER 401k Contributions. | | $1,225.01 | | R | $231,954.70 |
| | Expense | -Split- | | | | | | |
| 06/30/2023 | SC23034 | | to post payroll 06.30.23 | | $19,537.12 | | R | $212,417.58 |
| | Journal | -Split- | | | | | | |
| 07/03/2023 | 092580 | LSC Communications | 07.02.23 inv#10211 LSC CC Receipt $1,833.84 | | | $1,833.84 | R | $214,251.42 |
| | Payment | 1100 Accounts Receivable | | Packaging Parts | | | | |
| 07/03/2023 | 111028 | RSI Home Products - CA | 07.03.23 RSI-CA inv#10208 Remittance Advice | | | $5,160.00 | R | $219,411.42 |
| | Payment | 1100 Accounts Receivable | | Corrugated Packaging | | | | |

| Date | Ref No. Type | Payee Account | Memo | Class Division | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/05/2023 | 07.2023 | Liberty Mutual Insurance | LIBERTY MUTUAL 301484970 6036564 JUL2023 | | $658.62 | | R | $218,752.80 |
| | Expense | 6700 Business Insurance | | Administration | | | | |
| 07/06/2023 | 07.2023 | Verizon Wireless | VERIZON WIRELESS PAYMENTS 094241 VERIZON WIRELESS PAYMENTS 567400001-Jul2023 | | $430.56 | | R | $218,322.24 |
| | Expense | 7600 Telephone Expense | | | | | | |
| 07/06/2023 | mmx5f5 | Indiana Dept. of Revenue (Income Taxes) | 2021 IN DOR Demand Notice L0008123814 dated 06.21.23 for $442 tax balance plus $97.68 penalty and taxes, notice in WP 07.6.01 | | $539.68 | | R | $217,782.56 |
| | Expense | 9200 Taxes - Income | | | | | | |
| 07/06/2023 | | Strothman and Company PLLC | | | $1,275.00 | | R | $216,507.56 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 07/06/2023 | | nVenia LLC | | | $2,412.65 | | R | $214,094.91 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 07/06/2023 | | NEUTECH Packaging Systems | | | $795.41 | | R | $213,299.50 |
| | Bill Payment | 2000 Accounts Payable | | Packaging Parts | | | | |
| 07/10/2023 | 07.2023 | Clearent LLC | CLEARENT LLC MonthlyFee 58800000 CLEARENT LLC MonthlyFee XXXXXXXXXXX9968 | | $1,616.32 | | R | $211,683.18 |
| | Expense | 6040 Bank Service Charges | | | | | | |
| 07/11/2023 | | Stock Yards Bank | Service Charge | | $132.50 | | R | $211,550.68 |
| | Expense | 6040 Bank Service Charges | | | | | | |
| 07/11/2023 | | Custom Kraft Pack LLC | Invoice no. 1038A | | $95,911.20 | | R | $115,639.48 |
| | Bill Payment | 2000 Accounts Payable | | Molded Packaging | | | | |
| 07/12/2023 | | John Hancock Insurance | PAYMENT JOHN HANCOCK USA TRN*1*P PAYMENT JOHN HANCOCK USA TRN*1*P7308553\ | | | $1,882.45 | R | $117,521.93 |
| | Deposit | 7900 Officer Life Insurance | | | | | | |
| 07/13/2023 | 07.2023 | Strothman and Company - Conf.rm | 07.2023 conference room rental | | | $450.00 | R | $117,971.93 |
| | Payment | 1100 Accounts Receivable | | Administration | | | | |
| 07/14/2023 | SC23036 | | to post payroll 07.14.23 | | $19,537.12 | | R | $98,434.81 |
| | Journal | -Split- | | | | | | |
| 07/17/2023 | 113605 | American Woodmark - DP [WV] | AWC-WV #10212 payment | | | $19,200.00 | R | $117,634.81 |

| Date | Ref No. Type | Payee Account | Memo | Class Division | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|---|
| | Payment | 1100 Accounts Receivable | | Molded Packaging | | | | |
| 07/17/2023 6439179 | Expense | American Funds -Split- | 07.14.23 Payroll - EE/ER 401k Contributions. | | $1,225.01 | | R | $116,409.80 |
| 07/18/2023 | Sales Tax Payment | -Split- | $0.00 06.2023 tax liability. Filed return online | | | $0.00 | R | $116,409.80 |
| 07/19/2023 114551 | Payment | American Woodmark - NP [IN] 1100 Accounts Receivable | AWC-IN Inv#10214 paid | | | $1,600.00 | R | $118,009.80 |
| 07/20/2023 | Bill Payment | Felins 2000 Accounts Payable | Account no. IQPACK0000 \| Invoice no. 130516-PARTIA | Packaging | $16,000.00 | | R | $102,009.80 |
| 07/20/2023 | Bill Payment | Strothman and Company PLLC 2000 Accounts Payable | Account no. 95038.000 \| Invoice no. 63317 | | $3,500.00 | | R | $98,509.80 |
| 07/20/2023 | Bill Payment | CMC America 2000 Accounts Payable | Invoice no. 21038 | Corrugated Packaging | $12,652.00 | | R | $85,857.80 |
| 07/20/2023 | Bill Payment | Packaging Systems Integration 2000 Accounts Payable | Invoice no. 30999 | Packaging Parts | $222.36 | | R | $85,635.44 |
| 07/21/2023 7370 | Payment | OBSA Operating Company, LLC (Bluestem) 1100 Accounts Receivable | Payment of freight per telephone call with Ken R. on 07.24.2023 | Freight | | $13,764.36 | R | $99,399.80 |
| 07/24/2023 | Credit Card Pmt | Chase 2054 Chase Credit Card - Master - 4371 - JM | 07.2023 auto payment | | $2,000.00 | | R | $97,399.80 |
| 07/28/2023 SC23039 | Journal | -Split- | to post payroll 07.28.23 | | $19,537.12 | | R | $77,862.68 |
| 07/28/2023 | Expense | John Hancock Insurance 7900 Officer Life Insurance | PAYMENT JOHN HANCOCK MAN TRN*1*E PAYMENT JOHN HANCOCK MAN TRN*1*E20927416\ | | $617.47 | | R | $77,245.21 |
| 07/31/2023 116852 | Payment | American Woodmark - DP [WV] 1100 Accounts Receivable | 07.31.23 AWC-WV Invoice 10216 Remittance Advice | Molded Packaging | | $1,137.60 | R | $78,382.81 |
| 07/31/2023 07.2023Int | Expense | Stock Yards Bank 9010 Interest Expense | PAYMENT TO COMMERCIAL LOAN 21822 interest PAYMENT TO COMMERCIAL LOAN 218228016 | | $3,468.74 | | R | $74,914.07 |

| Date | Ref No. Type | Payee Account | Memo | Class Division | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/31/2023 | 07.28.23Email | Biofourmis, Inc.:2023001-Biofourmis | 07.31.23 Biofourmis remittance | | | $5,548.50 | R | $80,462.57 |
| | Payment | 1100 Accounts Receivable | | Corrugated Packaging | | | | |
| 07/31/2023 | | American Funds | 07.28.23 Payroll - EE/ER 401k Contributions. | | $1,225.01 | | R | $79,237.56 |
| | Expense | -Split- | | | | | | |
| 08/03/2023 | | Custom Kraft Pack LLC | Invoice no. 1076A | | $1,000.00 | | R | $78,237.56 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 08/03/2023 | | Cornerstone Group | Invoice no. 24734 | | $6,667.18 | | R | $71,570.38 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 08/03/2023 | | Vorticode | Invoices# 2023.05, 2023.06 | | $1,400.00 | | R | $70,170.38 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 08/04/2023 | 2465265 | Liberty Mutual Insurance | LIBERTY MUTUAL 301484970 2465265 AUG2023 | | $658.62 | | R | $69,511.76 |
| | Expense | 6700 Business Insurance | | Administration | | | | |
| 08/07/2023 | | | 08.07.23 multi, AWC-IN inv#10217, AWC-WV #10218 Remittance Advice | | | $41,181.64 | R | $110,693.40 |
| | Deposit | -Split- | | | | | | |
| 08/07/2023 | 52303 | Dennis Uniform Mfg, LLC | 08.07.23 DennisU ck 52303 Inv 10209 $9,382.50 | | | $9,382.50 | R | $120,075.90 |
| | Payment | 1100 Accounts Receivable | | Flexible Packaging | | | | |
| 08/07/2023 | 08.2023 | Clearent LLC | CLEARENT LLC MonthlyFee 58800000 CLEARENT LLC MonthlyFee XXXXXXXXXXX9968 | | $101.39 | | R | $119,974.51 |
| | Expense | 6040 Bank Service Charges | | | | | | |
| 08/08/2023 | 070384 | LSC Communications | 8-8-23 inv#10221 LSC CC Receipt $4,707.45 | | | $4,707.45 | R | $124,681.96 |
| | Payment | 1100 Accounts Receivable | | Flexible Packaging | | | | |
| 08/08/2023 | 08.2023 | Verizon Wireless | VERIZON WIRELESS PAYMENTS 094241 VERIZON WIRELESS PAYMENTS 567400001-Aug2023 | | $570.64 | | R | $124,111.32 |
| | Expense | 7600 Telephone Expense | | | | | | |
| 08/09/2023 | | Strothman and Company PLLC | Account no. 95038.000 \| Invoice no. 63553 | | $3,500.00 | | R | $120,611.32 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 08/09/2023 | | Laddawn | Account no. 573333 \| Invoice no. 3151293 | | $6,036.46 | | R | $114,574.86 |
| | Bill Payment | 2000 Accounts Payable | | Molded Packaging | | | | |
| 08/10/2023 | | Stock Yards Bank | Service Charge | | $131.00 | | R | $114,443.86 |

| Date | Ref No. Type | Payee Account | Memo | Class Division | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|---|
| | Expense | 9010 Interest Expense | | | | | | |
| 08/11/2023 | SC23041 | -Split- | to post payroll 08.11.23 | | $19,537.12 | | R | $94,906.74 |
| | Journal | RSI Home Products Manufacturing, Inc. | | | | | | |
| 08/14/2023 | 119546 | 1100 Accounts Receivable | 08.14.23 inv#10219 RSI-TX Remittance Advice | Corrugated Packaging | | $1,960.00 | R | $96,866.74 |
| | Payment | Capital Group | | | | | | |
| 08/14/2023 | 611821687 | 6680 Professional Fees - Benefit Management | Quarterly management fees | Administration | $125.00 | | R | $96,741.74 |
| | Expense | American Funds | | | | | | |
| 08/14/2023 | 08.11.23PR | -Split- | 08.11.23 Payroll - EE/ER 401k Contributions. | | $1,225.01 | | R | $95,516.73 |
| | Expense | Strothman and Company - Conf.rm | | | | | | |
| 08/15/2023 | AugConfRm | 1100 Accounts Receivable | ACH payment of | Corrugated Packaging | | $450.00 | R | $95,966.73 |
| | Payment | -Split- | | | | | | |
| 08/17/2023 | | Custom Kraft Pack LLC | 07.2023 GA ST Liability $0 | | | $0.00 | R | $95,966.73 |
| | Sales Tax Payment | 2000 Accounts Payable | | | | | | |
| 08/17/2023 | | Shorr Packaging Corp | Bills# 1084A, 1102A, 1103A, 1129A | Molded Packaging | $29,856.42 | | R | $66,110.31 |
| | Bill Payment | 1100 Accounts Receivable | | | | | | |
| 08/21/2023 | 08.04.23Run | Chase | 08.21.23 Recd ACH pmt from Shorr Pkg | Administration | | $6,437.21 | R | $72,547.52 |
| | Payment | 2054 Chase Credit Card - Master - 4371 - JM | | | | | | |
| 08/21/2023 | | Stock Yards Bank | Monthly AutoDebit set up by J.Moore | | $2,000.00 | | R | $70,547.52 |
| | Credit Card Pmt | 6040 Bank Service Charges | | | | | | |
| 08/22/2023 | | Green Mountain Technology | IQPack LLC/ *****8016/LOAN FEE/ IQPack LLC/ *****8016/LOAN FEE/ MKRISTIANSEN/SJACKSON | | $42.00 | | R | $70,505.52 |
| | Expense | 2000 Accounts Payable | | | | | | |
| 08/22/2023 | | Tompkins Ventures LLC | Invoice no. 2504 | | $1,500.00 | | R | $69,005.52 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 08/22/2023 | | Strothman and Company PLLC | Invoice no. 08.14.23Biofourmis Commission-final | | $450.00 | | R | $68,555.52 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 08/22/2023 | | | Account no. 95038.000 | Invoice no. 63919-partial pmt | | $2,000.00 | | R | $66,555.52 |
| | Bill Payment | | | | | | | |

| Date | Ref No. Type | Payee Account | Memo | Class Division | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | | Vorticode | Invoice no. IQpack.2023.07-partial pmt | | $2,500.00 | | R | $64,055.52 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 08/23/2023 | | Tompkins Ventures LLC | RETURN TOMPKINS VENTURE R29 SP - Wrong ACH Acct# | | | $450.00 | R | $64,505.52 |
| | Deposit | 2000 Accounts Payable | | | | | | |
| 08/24/2023 | | Tompkins Ventures LLC | Inv #08.14.23Comm-final | | $450.00 | | R | $64,055.52 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 08/25/2023 | 6980054 | American Funds | 08.25.23 Payroll - EE/ER 401k Contributions. | | $1,225.01 | | R | $62,830.51 |
| | Expense | -Split- | | | | | | |
| 08/25/2023 | SC23042 | -Split- | to post payroll 08.25.23 | | $19,537.12 | | R | $43,293.39 |
| | Journal | -Split- | | | | | | |
| 08/28/2023 | 122849 | American Woodmark - NP [IN] | 08.28.23 inv#10220 AWC-IN Remittance Advice | | | $1,600.00 | R | $44,893.39 |
| | Payment | 1100 Accounts Receivable | | | | | | |
| 08/29/2023 | 08.2023Int | Stock Yards Bank | PAYMENT TO COMMERCIAL LOAN 21822 interest PAYMENT TO COMMERCIAL LOAN 218228016 | | $3,687.48 | | R | $41,205.91 |
| | Expense | 9010 Interest Expense | | | | | | |
| 08/29/2023 | E21946756-08.2023 | John Hancock Insurance | PAYMENT JOHN HANCOCK MAN TRN*1*E PAYMENT JOHN HANCOCK MAN TRN*1*E20927416\ | | $617.47 | | R | $40,588.44 |
| | Expense | 7900 Officer Life Insurance | | | | | | |
| 08/30/2023 | 123600 | American Woodmark - NP [IN] | 08.30.23 AWC-IN inv#10222 Remittance Advice | | | $104,497.92 | R | $145,086.36 |
| | Payment | 1100 Accounts Receivable | | Molded Packaging | | | | |
| 09/05/2023 | | Chase | Addtl payment issued by JMoore | | $2,000.00 | | C | $143,086.36 |
| | Credit Card Pmt | 2054 Chase Credit Card - Master - 4371 - JM | | | | | | |
| 09/06/2023 | 09.2023 | Verizon Wireless | VERIZON WIRELESS PAYMENTS 094241 VERIZON WIRELESS PAYMENTS 567400001-SEP2023 | | $385.13 | | C | $142,701.23 |
| | Expense | 7600 Telephone Expense | | | | | | |
| 09/06/2023 | 09.2023 | Liberty Mutual Insurance | LIBERTY MUTUAL 301484970 2465265 SEP2023 | | $658.62 | | C | $142,042.61 |
| | Expense | 6700 Business Insurance | | Administration | | | | |
| 09/06/2023 | | Strothman and Company PLLC | Account no. 95038.000 \| Invoice no. 63919-balance | | $1,500.00 | | C | $140,542.61 |

| Date | Ref No. Type | Payee Account | Memo | Class Division | Payment | Deposit | Stat Auto | Balance |
|---|---|---|---|---|---|---|---|---|
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 09/06/2023 | | Cornerstone Group | Invoice no. 24821 | | $6,667.18 | | C | $133,875.43 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |
| 09/06/2023 | | ANEW 401K TPA, LLC | Invoice no. 5896 | | $335.00 | | C | $133,540.43 |
| | Bill Payment | 2000 Accounts Payable | | Administration | | | | |
| 09/08/2023 | 09.2023 | Clearent LLC | CLEARENT LLC MonthlyFee 58800000 CLEARENT LLC MonthlyFee XXXXXXXXXXX9968 | | $184.70 | | C | $133,355.73 |
| | Expense | 6040 Bank Service Charges | | | | | | |
| 09/08/2023 | SC23046 Journal | -Split- | to post payroll 09.08.23 | | $19,537.12 | | C | $113,818.61 |
| 09/08/2023 | 016JEPQJM2RUJL2 | Strothman and Company - Conf.rm | 09.08.23 Strothman-conf remittance received | | | $450.00 | C | $114,268.61 |
| | Payment | 1100 Accounts Receivable | | Corrugated Packaging | | | | |
| 09/11/2023 | 125499 | American Woodmark - DP [WV] | 09.11.23 AWC-WV Invoice 10223 Remittance Advice | | | $117,883.36 | C | $232,151.97 |
| | Payment | 1100 Accounts Receivable | | Molded Packaging | | | | |
| 09/11/2023 | 6640701 | American Funds | 09.08.23 Payroll - EE/ER 401k Contributions. | | $1,225.01 | | C | $230,926.96 |
| | Expense | -Split- | | | | | | |
| 09/11/2023 | | Stock Yards Bank | Service Charge | | $131.00 | | C | $230,795.96 |
| | Expense | 6040 Bank Service Charges | | | | | | |
| 09/12/2023 | | Pregis* | Account no. 1024480 | Invoice no. 993263 | | $2,240.00 | | C | $228,555.96 |
| | Bill Payment | 2000 Accounts Payable | | Corrugated Packaging | | | | |
| 09/14/2023 | | | $0 Liability, no payment due | | | $0.00 | | $228,555.96 |
| | Sales Tax Payment | -Split- | | | | | | |
| 09/14/2023 | | Dentons Bingham Greenbaum LLP | Client# 138888.000001,Invoice no. 4550980-Payment#2 | | $10,000.00 | | C | $218,555.96 |
| | Bill Payment | 2000 Accounts Payable | | Administration | | | | |
| 09/14/2023 | | Custom Kraft Pack LLC | Invoice no. 1163A | | $81,995.76 | | C | $136,560.20 |
| | Bill Payment | 2000 Accounts Payable | | Molded Packaging | | | | |
| 09/14/2023 | | Custom Kraft Pack LLC | Invoice no. 1138A | | $72,304.58 | | C | $64,255.62 |
| | Bill Payment | 2000 Accounts Payable | | Molded Packaging | | | | |
| 09/14/2023 | | Strothman and Company PLLC | Account no. 95038.000 | Invoice no. 64074-partial | | $2,000.00 | | C | $62,255.62 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |

| Date | Ref No. Type | Payee Account | Memo | Class Division | Payment | Deposit | Stat Auto | Balance |
|------|--------------|---------------|------|----------------|---------|---------|-----------|---------|
| 09/14/2023 | | Vorticode | Invoice no. IQpack.2023.07-balance | | $7,580.00 | | C | $54,675.62 |
| | Bill Payment | 2000 Accounts Payable | | | | | | |